In addition to the Chief Justice's excellent statement of the reasoning in Section III, "Liability Based on Criminal Acts of a Third Party," with which I concur, I point out another reason Baptist Memorial Hospital was entitled to a judgment against Brenda Gosa's claims. Gosa alleged that she was harmed when, upon responding to the cries of her wounded friend, Iris Wright, she came face to face with Wright's armed attacker and was frightened. She further alleges that the hospital negligently and/or wantonly failed to provide adequate security and that that failure caused her fright and mental anguish. Gosa's claim is an attempt to recover for negligent or wanton infliction of emotional harm; such a recovery is, without question, not allowed under Alabama law. See, e.g., Gideon v.Norfolk Southern Corp., 633 So.2d 453 (Ala. 1994).